# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-8730 JEM | Date | June 10, 2015 |
|---|---|---|---|
| Title | BUDDHAFUL DESIGNS, LLC v ETSY INC | | |

**Present: The Honorable** JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

    On May 5, 2015 the Court issued an Order that required Plaintiff to serve its First Amended Complaint on Defendants. The proofs of service filed June 9, 2015 are deficient. The Court notes that Defendant Catherine Long filed a Motion to Dismiss on June 2, 2015.

    In light of the foregoing, Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and/or failure to comply with a Court order. Plaintiff shall file a written response to this Order to Show Cause no later than June 16, 2015. Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline may result in a dismissal for failure to prosecute and/or failure to comply with a court order.

    Filing of the proofs of service for all Defendants consistent with the requirements of the Court's Order of May 5, 2015, shall be a satisfactory response to the Order to Show Cause.

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause.

    IT IS SO ORDERED.

cc: Parties

                                                                                   :

Initials of Preparer                  sa