UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 14-8730 JEM | Date | August 14, 2015 |
|---|---|---|---|
| Title | BUDDHAFUL DESIGNS, LLC v ETSY INC | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER OF DISMISSAL**

    On August 6, 2015 the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution re Defendants Mitchell and Buddhafulworld ("Defendants").  Plaintiff responded on August 13, 2015, stating "service was never affected because the Summon[s] [sic] and Complaint remained "Unclaimed".  Plaintiff also informally requested "a very short extension of time to provide an adequate response".

    On June 19, 2015, the Court ordered Plaintiff to "diligently attempt personal service and file proof" thereof.  Plaintiff had ample time to serve Defendants with a process server from May 5, 2015, the date the summons was issued by the Court.  Now Plaintiff requests an extension to use a process server to effectuate service.  Plaintiff's request is DENIED.

    The Court finds no valid reason as to why this case should proceed.  This matter is hereby dismissed without prejudice.

    IT IS SO ORDERED.

cc: Parties

| | : |
|---|---|
| Initials of Preparer | sa |